# EXHIBIT A

# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| WSI INTERNATIONAL<br>PO Box 77631<br>Detroit, Michigan 48277 | Christmas Tree Shops LLC | 2/17/2023 | $36,117.48 | Services |
| WSI INTERNATIONAL<br>PO Box 77631<br>Detroit, Michigan 48277 | Christmas Tree Shops LLC | 3/10/2023 | $25,000.00 | Services |
| WSI INTERNATIONAL<br>PO Box 77631<br>Detroit, Michigan 48277 | Christmas Tree Shops LLC | 3/17/2023 | $23,705.20 | Services |
| | | | **$84,822.68** | |

4937-5156-6398.1 57097.001