# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| WSI INTERNATIONAL PO Box 77631 Detroit, Michigan 48277 | Christmas Tree Shops LLC | 2/17/2023 | $36,117.48 | Services |
| WSI INTERNATIONAL PO Box 77631 Detroit, Michigan 48277 | Christmas Tree Shops LLC | 3/10/2023 | $25,000.00 | Services |
| WSI INTERNATIONAL PO Box 77631 Detroit, Michigan 48277 | Christmas Tree Shops LLC | 3/17/2023 | $23,705.20 | Services |
|  |  |  | **$84,822.68** |  |