3

# **EXHIBIT 1**

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of the Christmas Tree Shops, LLC, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>WSI INTERNATIONAL, LLC<br><br>    Defendant. | Adv. Proc. No. 25-50887 (TMH) |

## STIPULATION EXTENDING TIME FOR
## DEFENDANT TO RESPOND TO THE COMPLAINT

Defendant WSI International, LLC (the "Defendant") and Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee of the Christmas Tree Shops, LLC ("Plaintiff" and together with Defendant, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation Extending Time for Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise respond to the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. D.I. 3] (the "Complaint") in the above-captioned adversary proceeding is hereby extended through and including, September 19, 2025.

---

[1] The Debtors these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2

2. Rule 9006 of the Federal Rules of Bankruptcy Procedure governs the computation of any time period specified in this Stipulation.

| Dated: August 20, 2025 | Dated: August 20, 2025 |
|---|---|
| **BAYARD, P.A.** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| /s/ *Ericka F. Johnson* | /s/ *Peter J. Keane* |
| Ericka F. Johnson, Esq. (No. 5024)<br>600 N. King St., Suite 400<br>Wilmington, DE 19801<br>Telephone: 302-429-4275<br>Facsimile: 302-658-6395<br>Email: ejohnson@bayardlaw.com | Bradford J. Sandler, Esq. (No. 4142)<br>Peter J. Keane, Esq. (No. 5503)<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email: bsandler@pszjlaw.com<br>         pkeane@pszjlaw.com |
| *Counsel to Defendant WSI International, LLC* | *Counsel for George L. Miller, in his capacity as Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* |