# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of the Christmas Tree Shops, LLC, et al.,<br><br>　　　Plaintiff,<br><br>v.<br><br>WSI INTERNATIONAL, LLC<br><br>　　　Defendant. | Adv. Proc. No. 25-50887 (TMH)<br><br>**Related Docket Nos: 6, 7** |

## AFFIDAVIT OF SERVICE

I, Ericka F. Johnson, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel to WSI International, LLC, and that on August 21, 2025, I caused a copy of the *Certification of Counsel Regarding Stipulation Extending Time For Defendant to Respond to the Complaint* [D.I. 6], and *Order Extending Time for Defendant to Respond to the Complaint* [D.I. 7], to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed on the attached service list via first-class mail or electronic mail where available.

| | |
|---|---|
| Dated: August 21, 2025<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ Ericka F. Johnson*<br>Ericka F. Johnson (DE Bar No. 5024)<br>600 North Market Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 429-4275 |

---

[1] The Debtors these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Facsimile: (302) 655-5000
Email: ejohnson@bayardlaw.com

*Counsel to Defendant WSI International, LLC*

**Service List**

Pachulski Stang Ziehl & Jones LLP
Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: bsandler@pszjlaw.com; pkeane@pszjlaw.com