# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>            Plaintiff,<br><br>vs.<br><br>WSI INTERNATIONAL, LLC,<br><br>            Defendant. | Adv. Proc. No. 25-50887 (TMH) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

The undersigned hereby certifies as follows:

1. On August 16, 2023, George L. Miller was appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates. On May 5, 2025, the Trustee filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendant WSI International, LLC (the "Defendant" together with Plaintiff, the "Parties").

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2. On or about May 22, 2025, the Plaintiff served the Defendant with a copy of the First Amended Complaint and Summons [Adv. Docket No. 3].

3. Pursuant to Fed. R. Bankr. P. 7012, the Defendant's response to the Complaint was due on or before June 21, 2025 which was then further extended to August 20, 2025 and then to September 19, 2025.

4. The Parties have agreed and entered into a stipulation, subject to this Court's approval, to further extend the Defendant's time to answer or otherwise respond to the Plaintiff's Complaint. Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation. The stipulation is attached as Exhibit 1 to the proposed form of order.

5. Accordingly, the Parties request that this Court enter the proposed form of order.

Dated: September 19, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.*