# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>WSI INTERNATIONAL, LLC,<br><br>                Defendant. | Adv. Proc. No. 25-50887 (TMH) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND THE COMPLAINT**

The undersigned hereby certifies as follows:

1. On August 16, 2023, George L. Miller, was appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates. On May 22, 2025, the Trustee filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* [Adv. D.I. 3] (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendant WSI International, LLC (the "Defendant" together with the Trustee, the "Parties").

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4908-1198-4490.6 57097.001

2. Pursuant to Fed. R. Bankr. P. 7012, the Defendant's response to the Complaint was due on or before June 21, 2025, which was then further extended to August 20, 2025, September 19, 2025, and then to October 19, 2025.

3. The Parties have agreed and entered into a stipulation, subject to this Court's approval, to further extend the Defendant's time to answer or otherwise respond to the Complaint. Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation. The stipulation is attached as Exhibit 1 to the proposed form of order.

4. Accordingly, the Parties request that this Court enter the proposed form of order.

Dated: October 20, 2025

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  bsandler@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.*